No. 752. RIBEIRO *v.* UNITED FRUIT CO. ET AL. C. A. 2d Cir. Certiorari denied. *Jacob Rassner* and *Louis J. Opal* for petitioner. *Walter X. Connor* and *James P. O'Neill* for Esso Standard Oil Co., respondent.

No. 809. MEROLLA *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Frank Serri* for petitioner. *Edward S. Silver* for respondent.

No. 170, Misc. WHITE *v.* SACKS, WARDEN. Supreme Court of Ohio. Certiorari denied. Petitioner *pro se. Mark McElroy,* Attorney General of Ohio, and *Aubrey A. Wendt,* Assistant Attorney General, for respondent.

No. 715, Misc. CARABELLESE *v.* NAVIERA AZNAR, S. A., ET AL. C. A. 2d Cir. Certiorari denied. *Philip F. Di Costanzo* for petitioner. *Walter X. Connor* and *John P. Smith* for respondents.

No. 808, Misc. PARKER *v.* WARDEN, MARYLAND PENITENTIARY. Court of Appeals of Maryland. Certiorari denied.

No. 815, Misc. RAMSEY *v.* HAND, WARDEN. Supreme Court of Kansas. Certiorari denied.

No. 838, Misc. MACHIN *v.* FEDERAL BUREAU OF INVESTIGATION. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for respondent.